UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
KING RANGE, JR.,                               Case No. 1:25-cv-2633(MMG)(SLC)

                          Plaintiff,

     -against-

                                               **AFFIRMATION OF SERVICE**
FLEMINGTON ESTATES LLC and FRANKIE              **OF**
SHOP, LLC,                                                       **<u>CASE DOCUMENTS</u>**

                          Defendants.
----------------------------------------------------------x

      I, Adam S. Hanski, declare under penalty of perjury that pursuant to this Court's Order dated April 2, 2025, Dkt No. 5, in the above-captioned action ("Action"), I served copies of the below listed documents filed to the docket for this Action upon Flemington Estates LLC and Frankie Shop, LLC as described below:

1. <u>Service of Documents Upon Flemington Estates LLC</u>

      As plaintiff is currently unaware of the identity of counsel to Flemington Estates LLC in this Action; on April 17, 2025 I served a copy of (i) this Court's Order dated April 2, 2025, Dkt No 5, and (ii) this Court's Individual Rules & Practices (together the "Service Documents"); in addition, I served copies of the following documents filed to the docket for this Action: (iii) Summons in a Civil Action to Flemington Estates LLC, dated April 1, 2025, Dkt No. 4, (iv) Complaint against Flemington Estates LLC dated March 31, 2025, Dkt No. 1, and (v) Affirmation of Service of Summons & Complaint upon Flemington Estates LLC, dated April 8, 2025, Dkt No. 6, upon Flemington Estates LLC via United States Postal Service, First-Class Mail, by depositing a true copy of the each one of the above-listed documents enclosed in a postage-paid properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service addressed to Flemington Estates LLC at 241 West 37th Street, 3rd Floor, New York, NY 10018, which is the address on file with Division of Corporations of the New York Secretary of State as the address for service of process, and which is also known as the business address of Flemington Estates LLC ("Service Address"), c/o

Liberty Star Management, the entity located at the Service Address with whom the Department of Finance of the City of New York corresponds with on behalf of Flemington Estates LLC, to the attention of Mr. Morris Platt, the individual Flemington Estates LLC designated as its "Head Officer", in a filing Flemington Estates LLC made with the City of New York, on or about September 24, 2024

2. Service of Documents Upon Frankie Shop, LLC.

On April 15, 2025, I served a copy of the Service Documents upon Frankie Shop, LLC by email to Carol Yur, Esq., of Dentons US LLP, with a copy of the email and the Service Documents also transmitted to Jonathan Hong, Esq., of Dentons US LLP, the attorney who noted his appearance as counsel for Frankie Shop, LLC in this Action in a Notice of Appearance, dated April 18, 2025, Dkt No. 8, filed to the docket for this Action.

DATED: April 18, 2025
       New York, New York


/s Adam S. Hanski
Adam S. Hanski, Esq.
**HANSKI PARTNERS LLC**
Attorneys for Plaintiff
Telephone: (212) 248-7400
Email: ash@disabilityrightsny.com