UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

| | |
|---|---|
| King Range, JR., <br> Plaintiff, | Civil Action No. 1:22-cv-05138-ER <br> **NOTICE OF APPEARANCE** |
| v. | |
| Flemington Estates LLC, et al., <br> Defendants | |

---------------------------------------------------------------- x

**PLEASE TAKE NOTICE**, Avram E. Frisch, Esq. of The Law Office of Avram E. Frisch LLC hereby appears in this matter, as counsel for Defendant, Flemington Estates LLC and demands that all papers be served to the below address.   Please mark your records accordingly.

                                        Respectfully submitted,

                                        THE LAW OFFICE OF AVRAM E. FRISCH LLC
                                        *Attorney for Plaintiff* .

                                        By:/s/ Avram E. Frisch_____
Dated: April 28, 2025                        Avram E. Frisch, Esq.