Exhibit A to Hong Declaration

Video Footage of Store on February 10, 2025