UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KING RANGE, JR.,<br>Plaintiff,<br>v.<br>FLEMINGTON ESTATES LLC and FRANKIE SHOP, LLC,<br>Defendants. | Civil Action No.<br>1:25-cv-02633-MMG |

## NOTICE OF MOTION TO DISMISS

**PLEASE TAKE NOTICE** that, upon the annexed memorandum of law; and upon all the pleadings and prior proceedings had herein, Defendant Flemington Estates LLC (the "Landlord Defendant") will move this Court, before the Honorable Margaret M. Garnett, at the United States District Court, Southern District of New York, 40 Foley Square, Courtroom 906, New York, NY 10007, for an order:

(a) Dismissing the Complaint as against the Landlord Defendant; and

(b) Granting as such other and further relief as the Court deems just and proper.

THE LAW OFFICE OF AVRAM E. FRISCH LLC
Attorneys for Defendant, Flemington Estates LLC

By: _____
Avram E. Frisch, Esq.
1 University Plaza, Suite 119
Hackensack, NJ 07601
201-289-5352
frischa@avifrischlaw.com

Dated: July 13, 2025