UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
KING RANGE, JR.,

                          Plaintiff,

           -against-

FLEMINGTON ESTATES LLC AND FRANKIE SHOP, LLC,

                        Defendant.
-----------------------------------------------------------------------x

**1:25-CV-02633 (MMG)**

**DECLARATION
OF
KING RANGE, JR.**

I, King Range, Jr., declare as follows:

1.      I have personal knowledge of all facts stated in this declaration.

2.      I am the plaintiff in the above-captioned action and submit this declaration in support of my amended complaint, and in opposition of defendants Flemington Estates LLC and Frankie Shop, LLC's motion to dismiss.

3.      I am unable to walk and use a wheelchair to move about.

4.      I reside approximately 30 minutes travel time from The Frankie Shop, the clothing store at 100 Stanton Street, in the Lower East Side of Manhattan.

5.      I go to the Lower East Side neighborhood in Manhattan three or more times a year as I enjoy its eclectic stores, people and vibrant neighborhood.

6.      I go to the Lower East Side to meet friends, people watch, and shop.

7.      I discovered The Frankie Shop a few years ago, on one of my visits to the Lower East Side.

8.      I was attracted by the clothes I saw displayed in The Frankie Shop's windows and wanted to go inside to shop.

9.      I did not go inside The Frankie Shop because I saw there was a step at the entrance that prevents me from physically entering as I am in a wheelchair.

10.    I did not try to go inside because I cannot pass over a step in my wheelchair.

11.    When I encounter barriers to wheelchair access such as a step at an entrance of a store I want to go to, it is frustrating as I am unable to go inside.

12.    I do not recall the date that I first discovered The Frankie Shop and wanted to go inside.

13.    I do not recall every date on which I wanted to go inside The Frankie Shop to shop but did not because of the step at the entrance.

14.    I do recall two of the times that I wanted to go to The Frankie Shop.

15.    In May 2024 I was in the Lower East Side and wanted to visit The Frankie Shop and shop.

16.    However, I could not because when I was nearby I saw the step was still at the entrance.

17.    Although I wanted to go to The Frankie Shop I did not physically attempt to enter The Frankie Shop because the step at the entrance would prevent me from physically entering as I am in a wheelchair.

18.    On February 10, 2025 I was in the Lower East Side and wanted to go to The Frankie Shop and shop.

19.    Although I wanted to go to The Frankie Shop, I could not.

20.    I saw the step at The Frankie Shop entrance when I was by the corner of Ludlow Street and Stanton Street.

21.    I did not physically attempt to enter The Frankie Shop because the step at the entrance would prevent me from physically entering as I am in a wheelchair.

22.    I did not try to go inside because I cannot pass over a step in my wheelchair.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st

day of August, 2025.

King Range jr (Aug 21, 2025 19:38:48 EDT)

King Range, Jr.