UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KING RANGE, JR.,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>FLEMINGTON ESTATES LLC and FRANKIE SHOP, LLC,<br><br>　　　　　　　Defendant. | Case No. 1:25-cv-02633-MMG<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all Parties of Record:

PLEASE TAKE NOTICE that Karla Del Pozo García, an attorney in good standing of the bar of this Court and a member of the law firm DENTONS US LLP, hereby appears as counsel for defendant FRANKIE SHOP, LLC, and requests that copies of papers served in this action be served on the undersigned.

Dated:　New York, New York
　　　　February 26, 2026

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**DENTONS US LLP**

　　　　　　　　　　　　　　　　　By:　*/s/ Karla Del Pozo García*
　　　　　　　　　　　　　　　　　　　　Karla Del Pozo García
　　　　　　　　　　　　　　　　　　　　1221 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　New York, New York 10020
　　　　　　　　　　　　　　　　　　　　phone: (212) 768-5328
　　　　　　　　　　　　　　　　　　　　e-mail: karla.delpozogarcia@dentons.com