UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KING RANGE, JR., <br><br> Plaintiff, <br><br> v. <br><br> FLEMINGTON ESTATES LLC and FRANKIE SHOP, LLC, <br><br> Defendants. | Case No. 1:25-cv-02633-MMG <br><br> **REQUEST TO WITHDRAW AS COUNSEL OF RECORD** |

Request is hereby made by Jonathan S. Hong, Esq. of Dentons US LLP, counsel of record for Defendant Frankie Shop LLC ("Defendant") in the above-captioned action, to withdraw as counsel of record in this action as his employment with Dentons US LLP has concluded.

Karla Del Pozo Garcia, Esq., also of Dentons US LLP, has entered her appearance and will henceforth serve as counsel of record from Dentons US LLP on behalf of Defendant.

In submitting this request, Defendants do not waive any of their defenses, rights, privileges, immunities, and objections.

Dated:   New York, New York
         February 26, 2026

Respectfully submitted,

                                                     **DENTONS US LLP**

                                                     By: */s/ Jonathan s. Hong*
                                                          Jonathan S. Hong
                                                          1221 Avenue of the Americas
                                                          New York, NY 10020
                                                          Phone: (212) 398-8797
                                                          e-mail: Jonathan.hong@dentons.com