USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/07/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KING RANGE, JR.,

Plaintiff,

-against-

FLEMINGTON ESTATES LLC and FRANKIE
SHOP, LLC,

Defendants.

25-CV-02633 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

On March 31, 2026, the Court issued an Opinion & Order denying Defendants' supplemental motion to dismiss. Dkt. No. 38. The parties are hereby ORDERED to promptly meet and confer and file a joint a letter on or before **May 6, 2026**. The joint letter must inform the Court whether the parties have settled or, if the parties have not settled, whether they (A) would like a referral to a magistrate judge or the Court-annexed mediation program for a settlement conference or (B) would prefer that the Court schedule an Initial Pre-Trial Conference to adopt a discovery schedule. Additionally, the joint letter must indicate whether Defendants have finished making the previously-anticipated modifications to the Store and, if so, whether Defendants anticipate moving to dismiss the injunctive relief claims on mootness grounds.

Dated: April 7, 2026
      New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge