UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KING RANGE, JR.,

     Plaintiff,

   v.

FLEMINGTON ESTATES LLC and
FRANKIE SHOP, LLC

     Defendants.

Case No. 25-CV-02633 (MMG)

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all Parties of Record:

PLEASE TAKE NOTICE that Amy Largacha Cedeno, an attorney in good standing of the bar of this Court and a member of the law firm DENTONS US LLP, hereby appears as counsel for defendant FRANKIE SHOP, LLC, and requests that copies of papers served in this action be served on the undersigned.

Dated: New York, New York
   April 7, 2026

      Respectfully submitted,

      **DENTONS US LLP**

      By: */s/ Amy Largacha Cedeno*
       Amy Largacha Cedeno
       1221 Avenue of the Americas
       New York, New York 10020
       phone: (212) 398-5822
       e-mail: amy.largachacedeno@dentons.com

132699470