**DENTONS**

**Amy Largacha Cedeno**

amy.largachacedeno@dentons.com
D   +1 212-398-4863

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States
dentons.com

April 13, 2026

**<u>VIA ECF</u>**

The Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     *King Range, Jr. v. Flemington Estates LLC and Frankie Shop, LLC,* Case No. 1:25-CV-02633 (MMG)

Dear Judge Garnett,

We represent Defendant Frankie Shop, LLC ("Defendant") in the above-referenced matter. We respectfully move the Court to extend Defendants' deadline to answer, move, or otherwise respond to the Plaintiff's Complaint from April 14, 2026, to April 28, 2026.

All parties have consented to the requested extension. The extension is sought to accommodate observance of Passover and to allow undersigned counsel adequate time to become fully familiar with the matter, having recently joined the firm. This is Defendants' first request for an extension of time, and the requested extension will not affect any other scheduled dates or deadlines.

Respectfully submitted,

*/s/ Amy Largacha Cedeno*
Amy Largacha Cedeno

cc:     All counsel of record (by ECF)

GRANTED.  All Defendants' deadline to answer the First Amended Complaint is hereby EXTENDED until **April 28, 2026**.  The Clerk of Court is respectfully directed to terminate Dkt. No. 41.

SO ORDERED.  Dated April 14, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

132734350



**Amy Largacha Cedeno**

amy.largachacedeno@dentons.com
D    +1 212-398-4863

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States
dentons.com

**Puyat Jacinto & Santos ► Link Legal ► Zaanouni Law Firm & Associates ► LuatViet ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms**