UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KING RANGE, JR.,

       Plaintiff,

        v.

FLEMINGTON ESTATES LLC and
FRANKIE SHOP, LLC,

       Defendants.

Case No: 1:25-cv-02633-MMG

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

       Defendant Frankie Shop, LLC, by and through its undersigned attorneys, provides the following disclosures pursuant to Federal Rule of Civil Procedure 7.1, stating that it has no parent corporation and no publicly traded entity owns 10% or more its stock.

Respectfully submitted,

Dated: April 28, 2026

Dentons US LLP

By:   /s/Amy Largacha Cedeno
      Amy Largacha Cedeno
      1221 Avenue of the Americas
      New York, New York 10020
      Tel: (212) 398-4863
      Amy.largachacedeno@dentons.com

      *Attorneys for Defendant*