May 6, 2026

Hon. Margaret M Garnett, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, New York, NY 10007

      Re:    King Range v. Flemington Estates et al. 1:25-cv-02633-MMG

Dear Judge Garnett:

Pursuant to Your Honor's Order of April 7, 2026, Dkt No. 39, Plaintiff, King Range, Jr., defendant Flemington Estates, and defendant Frankie Shop, LLC (collectively the Parties) submit this joint letter.

The Parties met and conferred on May 4, 2026, to discuss the content of this joint letter and the appropriate procedural next steps for this case.

    1.    Plaintiff's Position: <u>Initial Pretrial Conference and Mediation Referral</u>

Although the Parties discussed settlement, Plaintiff's position is that additional information is required to engage in informed settlement discussions. Plaintiff respectfully asks the Court to set a date for an initial conference pursuant to Fed. R. Civ. P. 16 for the purpose of issuing a Scheduling Order for this matter. Additionally, Plaintiff respectfully asks the Court to refer this matter to the District's Mediation Program, with a specific request that any mediation occur after the Parties engage in limited discovery. Specifically, Plaintiff seeks to conduct the following discovery prior to any mediation: (i) document discovery; (ii) an inspection of the premises at issue in this action by their respective accessibility experts[1]; and (iii) an exchange of expert disclosures, inclusive of written reports.

So mediation can occur sooner, Plaintiff proposes that the foregoing items occur contemporaneously in the earlier part of any discovery period. To provide for the orderly conduct of discovery appearing Plaintiff respectfully asks the Court to allow the Parties to propose a Civil Case Management Plan and Scheduling Order that contains these requested changes to the timing of various discovery devices.

    2. Defendants' Position: <u>Settlement Conference Referral to Magistrate Judge and Motion to Dismiss Based on Mootness</u>.

Defendants respectfully request that the Court refer this matter to a Magistrate Judge for a settlement conference. Defendants strongly believe that a settlement conference before a Magistrate Judge would provide the parties with the highest likelihood of reaching a resolution, as the structure and guidance offered by a Magistrate Judge is best suited to facilitate meaningful negotiations between the parties in this matter.

---

[1] Plaintiff attempted to coordinate a non-invasive expert inspection of the subject premises with Defendants for May 7, 2026, but received no response from Defendants.

Page **2** of **2**

Margaret M Garnett

Additionally, Defendants advise the Court that they are currently working to determine the next steps toward installing a permanent ramp at the subject property. Upon completion of the ramp installation, Defendants intend to move to dismiss Plaintiff's injunctive relief claims on mootness grounds, as the relief sought by Plaintiff will have been remediated. The Parties thank the Court for its time and attention to this matter.

Lastly, Defendants note that Plaintiff's counsel first communicated the proposed inspection on May 6, 2026, just one day before the requested inspection date. Defendants denied this request as premature, given that discovery has not yet commenced and no discovery schedule has been established.

Respectfully,

| /s/ Adam S. Hanski Counsel for Plaintiff King Range, Jr. | /s/ Avram Frisch Counsel for Defendant Flemington Estates LLC | /s/ Amy Largacha Cedeno Counsel for Defendant Frankie Shop, LLC |
|---|---|---|