UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KING RANGE, JR.,

                              Plaintiff,

        -against-

FLEMINGTON ESTATES LLC, et al.,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __5/11/2026__

25-CV-02633 (MMG)

**NOTICE OF INITIAL
PRETRIAL CONFERENCE**

MARGARET M. GARNETT, United States District Judge:

        Counsel for all parties shall appear for an Initial Pretrial Conference with the Court on **May 26, 2026,** at **10:00 a.m.** The conference will be held in person in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. All counsel must familiarize themselves with the Court's Individual Rules & Practices ("Individual Rules"), which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

        At the conference, the parties must be prepared to discuss whether an immediate referral to a magistrate judge or the mediation program for a settlement conference, with or without discovery, would best facilitate a resolution in this matter. Counsel are directed to confer with each other prior to the conference regarding each of the other subjects to be considered at a Fed. R. Civ. P. 16 conference. Additionally, in accordance with Rule II(A)(5) of the Individual Rules, the parties are hereby ORDERED to file on ECF a proposed Civil Case Management Plan and Scheduling Order no later than **May 19, 2026.** The parties shall use this Court's form proposed Civil Case Management Plan and Scheduling Order, which is also available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

        If this case has been settled or otherwise terminated, counsel are not required to submit such a letter or to appear, provided that a stipulation of discontinuance, voluntary dismissal or other proof of termination is filed on the docket prior to the date of the conference, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* https://www.nysd.uscourts.gov/electronic-case-filing.

        In accordance with Rule I(B)(5) of the Individual Rules, requests for extensions or adjournments may be made only by letter-motion filed on ECF. Unless counsel are notified that the conference has been adjourned, it will be held as scheduled.

Dated: May 11, 2026
        New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge