THE LAW OFFICE OF
AVRAM E. FRISCH LLC

New Jersey Office
1 University Plaza
Suite 119
Hackensack, NJ 07601

New York Office
150 Broadway
Suite 900
New York, NY 10038

Avram E. Frisch Esq. – Admitted in NY and NJ. Mail to NJ address.

August 21, 2026

Hon. Margaret M Garnett, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, New York, NY 10007

**Via Electronic Filing**

Re: King Range v. Flemington Estates et al. 1:25-cv-02633-MMG

Dear Judge Garnett:

This firm represents Flemington Estates LLC one of the defendants in the above referenced matter. The Court previously scheduled a virtual status conference in this matter for September 15, 2026. Since that date, Flemington Estates has been working on installing a ramp at the subject premises and requested a delay in any expert inspection to be able to complete that work. Mr. Hanski then requested to conduct the expert inspection on September 23. In addition, I have a multiday trial that was scheduled to begin on September 15 in the Superior Court of New Jersey, Union County, despite the fact that I notified the Court of the conference in this case. The trial is currently scheduled to proceed on September 15, 16, 22, and 23.

Due to both of these items, I requested consent from Mr. Hanski to request the adjournment of the conference and he has consented to the request. I would again ask that any rescheduled conference be held virtually to avoid the need to travel downtown from New Jersey for a short status conference and held after October 1, to ensure we have the results of the expert report.

Very truly yours,

Avram E. Frisch

Avram E. Frisch

201.289.5352 · 866.883.9690 · frischa@avifrischlaw.com · www.avifrischlaw.com