THE LAW OFFICE OF
AVRAM E. FRISCH LLC

**New Jersey Office**
1 University Plaza
Suite 119
Hackensack, NJ 07601

**New York Office**
150 Broadway
Suite 900
New York, NY 10038

**Avram E. Frisch Esq. – Admitted in NY and NJ. Mail to NJ address.**

August 21, 2026

Hon. Margaret M Garnett, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, New York, NY 10007

**Via Electronic Filing**

Re: King Range v. Flemington Estates et al. 1:25-cv-02633-MMG

Dear Judge Garnett:

This firm represents Flemington Estates LLC one of the defendants in the above referenced matter. The Court previously scheduled a virtual status conference in this matter for September 15, 2026. Since that date, Flemington Estates has been working on installing a ramp at the subject premises and requested a delay in any expert inspection to be able to complete that work. Mr. Hanski then requested to conduct the expert inspection on September 23. In addition, I have a multiday trial that was scheduled to begin on September 15 in the Superior Court of New Jersey, Union County, despite the fact that I notified the Court of the conference in this case. The trial is currently scheduled to proceed on September 15, 16, 22, and 23.

Due to both of these items, I requested consent from Mr. Hanski to request the adjournment of the conference and he has consented to the request. I would again ask that any rescheduled conference be held virtually to avoid the need to travel downtown from New Jersey for a short status conference and held after October 1, to ensure we have the results of the expert report.

Very truly yours,

Avram E. Frisch

Avram E. Frisch

201.289.5352 · 866.883.9690 · frischa@avifrischlaw.com · www.avifrischlaw.com

GRANTED. The September 15, 2026 conference is hereby ADJOURNED to **Tuesday, October 13, 2026 at 10:00 a.m.** The conference will be conducted via Microsoft Teams. The public one-touch dial-in for the conference audio is: +1 646-453-4442,,596355259#. Counsel of record will receive a direct Microsoft Teams link via email in advance of the conference. The parties are expected to complete the ramp installation and the expert inspection in advance of the conference.

SO ORDERED. Dated August 26, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE