# Exhibit A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KING RANGE, JR.,

Plaintiff,

*v.*

FLEMINGTON ESTATES LLC and FRANKIE SHOP, LLC,

Defendants.

**Civil Action No. 1:25-cv-02633-MMG**

**DECLARATION OF** Gaelle Drevet **IN SUPPORT OF DEFENDANT FRANKIE SHOP, LLC'S LETTER REGARDING MOOTNESS**

I, Gaelle Drevet, pursuant to 28 U.S.C. § 1746 and S.D.N.Y. Local Civil Rule 1.9(a), hereby declare under penalty of perjury that the following is true and correct:

1) I am Founder of Frankie Shop, LLC ("Frankie Shop"), the Tenant Defendant in the above-captioned action. I make this Declaration based upon my personal knowledge of the facts stated herein, and I am competent to testify to the matters set forth below.

2) Frankie Shop operated a clothing retail store known as "The Frankie Shop" at 100 Stanton Street, New York, New York 10002 (the "Premises"), which it leased from Flemington Estates LLC.

3) Frankie Shop permanently ceased all retail operations at the Premises on August 31, 2026.

4) Frankie Shop does not intend to reopen The Frankie Shop at the Premises or at any other location within the building at 100 Stanton Street.

5) The lease between Frankie Shop and Flemington Estates LLC for the Premises terminates on September 30, 2026.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on this ___18___ day of ______September_______, 2026

Gaelle Drevet
Founder
Frankie Shop, LLC

# Exhibit B



# Exhibit C


The Frankie Shop
THE FRANKIE SHOP
PLEASE VISIT US AT OUR 59 CROSBY STREET LOCATION
The Frankie Shop
The Frankie Shop