DENTONS

**Amy Largacha Cedeno**

amy.largachacedeno@dentons.com
D +1 212-398-4863

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

dentons.com

October 5, 2026

Hon. Margaret M Garnett, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, New York, NY 10007
Re: King Range v. Flemington Estates et al. 1:25-cv-02633-MMG

Dear Judge Garnett:

This firm represents Defendant Frankie Shop, LLC in the above-captioned matter. We respectfully request an adjournment of the status conference currently scheduled for October 13, 2026, to a date after November 2, 2026 that is convenient for the Court.

The status conference was originally scheduled for September 15, 2026. This is the second request for adjournment. The first request, made by Co-Defendant Flemington Estates LLC with Plaintiff's consent, was granted by Order dated August 21, 2026, Dkt No. 58, adjourning the conference to October 13, 2026. The undersigned counsel will be traveling internationally on October 13, 2026, and will be unavailable for the conference as currently scheduled. All parties consent to this adjournment request.

Additionally, all parties join in this adjournment request for the following reason. On September 23, 2026, Plaintiff's accessibility expert inspected the premises at issue in this action. Plaintiff expects to have a report of his expert's findings by October 23, 2026. Plaintiff has informed Defendants that he will promptly serve the report upon them once received. All parties believe the report is necessary to facilitate a productive status conference, and jointly seek to adjourn the conference to a date after November 2, 2026 that is convenient for the Court.

Other existing deadlines are as follows: Defendant Flemington Estates LLC and Plaintiff must respond to Defendant Frankie Shop, LLC's September 21, 2026 letter by October 6, 2026, and Defendant Frankie Shop, LLC must reply by October 9, 2026. Dkt No. 59.

We further respectfully request that the conference continue to be held virtually, as Co-Defendant's counsel would otherwise need to travel from New Jersey.

Respectfully submitted,

| | | |
|---|---|---|
| /s/ Adam S. Hanski | /s/ Avram Frisch | /s/ Amy Largacha Cedeno |

| | | |
|---|---|---|
| Counsel for Plaintiff King Range, Jr. | Counsel for Defendant Flemington Estates LLC | Counsel for Defendant Frankie Shop, LLC |

GRANTED. The October 13, 2026 conference is hereby ADJOURNED to **Friday, November 6, 2026 at 10:00 a.m.** The conference will be conducted via Microsoft Teams. The public one-touch dial-in for the conference audio is +1 646-453-4442,,596355259#. Counsel of record will receive a direct Microsoft Teams link via email in advance of the conference. Plaintiff shall provide their expert's report to Defendants no later than **November 3, 2026**. The Clerk of Court is respectfully requested to terminate Dkt. No. 61.

SO ORDERED. Dated, October 6, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE