**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KING RANGE, JR., Plaintiff, | Case No. 1:25-cv-02633-MMG |
| v. | |
| FLEMINGTON ESTATES LLC and FRANKIE SHOP, LLC, Defendants. | **JOINT STIPULATION AND PROPOSED ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CROSSCLAIM OF DEFENDANT FLEMINGTON ESTATES LLC AGAINST DEFENDANT FRANKIE SHOP, LLC** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Defendants Flemington Estates LLC and Frankie Shop, LLC, and subject to the approval of the Court pursuant to Fed. R. Civ. P. 41(a)(2) and 41(c), that the Crossclaim of Defendant Flemington Estates LLC against Co-Defendant Frankie Shop, LLC for Indemnification and Contribution, asserted in Flemington Estates LLC's Answer to the First Amended Complaint filed April 22, 2026 (ECF No. 44), and any and all other claims asserted by Defendant Flemington Estates LLC against Defendant Frankie Shop, LLC in this action, are hereby voluntarily discontinued and dismissed without prejudice, without costs or attorneys' fees to either Flemington Estates LLC or Frankie Shop, LLC as against the other. This stipulation does not dismiss, and shall not affect, any claims asserted by Plaintiff King Range, Jr. against any Defendant in this action. This stipulation may be executed in counterparts, and electronic or facsimile signatures shall be deemed originals.

Dated: November 9, 2026

/s/ Avram E. Frisch
Avram E. Frisch
The Law Office of Avram E. Frisch LLC
*Attorney for Defendant Flemington Estates LLC*
1 University Plaza, Suite 119
Hackensack, NJ 07601
frischa@avifrischlaw.com

/s/ Amy Largacha Cedeno
Amy Largacha Cedeno, Esq.
Dentons US LLP
*Attorney for Defendant Frankie Shop, LLC*
1221 Avenue of the Americas
New York, NY 10020
amy.largachacedeno@dentons.com

SO ORDERED:

______________________________

Hon. Margaret M. Garnett

United States District Judge

Dated: [___________], 2026